SPENCER WHEDON, as Administrator with the Will Annexed of LETITIA S. WHEDON, Deceased, Respondent, *v.* LEGRAND S. WHEDON, Appellant.

(Argued September 28, 1936; decided September 29, 1936.)

*Jules C. Randal* for motion.

*Clarence R. Runals* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.